UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:19cv998 (WOB)

CYNTHIA WOEKRMYER                                    PLAINTIFF

VS.                          <u>ORDER</u>

BLUE CHIP 2000 COMMERCIAL
CLEANING, INC.                                       DEFENDANT

The Court having been advised that this case has been settled, and being advised,

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

This 21st day of February 2020.



**Signed By:**
<u>*William O. Bertelsman*</u> *WOB*
**United States District Judge**